**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.** 5:16-CV-00365-FL

MICHAEL J. MORGAN,              )
                                    )
Plaintiff(s),                    )
                                    )
vs                                  )
                                    )
RICKY J. SPIVEY, et al.        )
Defendant(s).           )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

DONNIE HARRISON who is Defendant ,
(name of party)            (plaintiff/defendant/other:_____)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

      YES ◯        NO ◉

2.  Does party have any parent corporations?

      YES ◯        NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A.

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      YES ◯        NO ◉

If yes, identify all such owners:
N/A.

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯     NO ◉

If yes, identify entity and nature of interest:

N/A.

5.  Is party a trade association?

YES ◯     NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

N/A.

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

N/A.

Signature: s/ J. Nicholas Ellis

Date: 07/06/2016

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Robert E. Zaytoun
Matthew David Ballew
Zaytoun Law Firm, PLLC
3130 Fairhill Dr., Suite 100
Raleigh, NC 27612
rzaytoun@zaytounlaw.com
mballew@zaytounlaw.com

Ryan D. Oxendine
Oxendine Price & Associates, PLLC
6500 Creedmoor Road, Suite 212
Raleigh, NC 27613
ryan@oxendinebarnes.com

This the 6th day of July, 2016.

POYNER SPRUILL LLP

By:     s/ J. Nicholas Ellis
        J. Nicholas Ellis
        N.C. State Bar No. 13484
        jnellis@poynerspruill.com
        P.O. Box 1801
        Raleigh, NC 27602-1801
        Telephone: 919.783.2907
        Facsimile: 919.783.1075

        ATTORNEYS FOR DEFENDANTS
        RICKY J. SPIVEY, CASEY L.
        MILLER, JOSHUA K. LEGAN, AND
        DONNIE HARRISON