IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-365-FL

| | |
|---|---|
| MICHAEL J. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RICKY JASON SPIVEY, in his individual ) | |
| and official capacities as Wake County ) | |
| Sheriff's Deputy; CASEY LANE ) | |
| MILLER, in his individual and official ) | |
| capacities as a Wake County Sheriff's ) | |
| deputy; JOSHUA KYLE LEGAN, in his ) | |
| individual and official capacities as a ) | |
| Wake County Sheriff's deputy; DONNIE ) | |
| HARRISON, in his official capacity as ) | |
| Sheriff of Wake County, North Carolina ) | |
| ) | |
| Defendants. ) | |

This matter comes now before the court upon defendants' motion for partial judgment on the pleadings (DE 48) and plaintiff's responsive motion to amend the complaint (DE 51). The motions have been fully briefed and are ripe for ruling.

In its discretion, the court ALLOWS plaintiff's motion pursuant to Rule 15, having carefully considered the issues raised in support of and in opposition to the parties' competing motions. Plaintiff shall file and served its amended complaint within 14 days. Defendants' motion for partial judgment is DENIED as MOOT.

SO ORDERED, this the 14th day of November, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge