IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-365-FL

MICHAEL J. MORGAN, )
)
        Plaintiff, )
)
v. ) VERDICT
)
RICKY J. SPIVEY, in his individual and )
official capacities as a Wake County )
Sheriff's Deputy, CASEY L. MILLER, in )
his individual and official capacities as a )
Wake County Sheriff's Deputy, JOSHUA )
K. LEGAN, in his individual and official )
capacities as a Wake County Sheriff's )
Deputy, )
)
        Defendants. )

*FILED IN OPEN COURT ON 9/25/19 SYC, Peter A. Moore, Jr., Clerk, US District Court, Eastern District of NC*

We, the jury, return as our unanimous verdict the answers for the following issues:

1. **Did Defendant Legan violate plaintiff's constitutional rights by committing an unlawful search of the truck?**

        ✓     YES

        ___     NO

2. **During the initial traffic stop, did defendant Legan look for anything in the truck other than the registration?**

        ✓     YES

        ___     NO

3. Did Defendant Spivey violate plaintiff's constitutional rights by committing an unlawful arrest?

   √ YES

   ___ NO

4. Did Defendant Spivey violate plaintiff's constitutional rights by using excessive force during arrest?

   √ YES

   ___ NO

5. Did plaintiff refuse to comply with an order by defendant Spivey to exit the truck?

   ___ YES

   √ NO

*(Proceed to question 6 below only if the answer to question 3 is "yes." If the answer to question 3 is "no," proceed to question 7.)*

6. Did defendant Legan violate plaintiff's constitutional rights by failing to stop defendant Spivey from unlawfully arresting plaintiff?

   √ YES

   ___ NO

*(Proceed to question 7 below only if the answer to question 4 is "yes." If the answer to question 4 is "no," proceed to question 8.)*

7. Did defendant Legan violate plaintiff's constitutional rights by failing to stop defendant Spivey from using excessive force during arrest?

   √ YES

   ___ NO

Case 5:16-cv-00365-FL   Document 222   Filed 09/25/19   Page 3 of 7
2

8. Did defendant Miller violate plaintiff's constitutional rights by using unjustified deadly force against him?

    ✓ YES

    ___ NO

9. Did plaintiff refuse to comply with an order by defendant Miller to put the truck in park?

    ___ YES

    ✓ NO

10. Was plaintiff responsible for making the truck move when defendant Spivey attempted to arrest him?

    ___ YES

    ✓ NO

11. Did defendant Spivey violate plaintiff's constitutional rights by causing criminal prosecution to occur against him without probable cause?

    ✓ YES

    ___ NO

12. Did defendant Miller violate plaintiff's constitutional rights by causing criminal prosecution to occur against him without probable cause?

    ✓ YES

    ___ NO

13. Did defendant Legan violate plaintiff's constitutional rights by causing criminal prosecution to occur against him without probable cause?

    ✓ YES

    ___ NO

*(Proceed to question 14 below only if the answer to question 1 is "yes." If the answer to question 1 is "no," proceed to question 15.)*

14. What amount of actual or nominal damages, if any, is plaintiff entitled to recover from defendant Legan for the unlawful search of the truck?

    A. $ 125,000

    Write out amount in words: one hundred twenty-five thousand

*(Proceed to question 15 below only if the answer to question 3 is "yes." If the answer to question 3 is "no," proceed to question 16.)*

15. What amount of actual or nominal damages, if any, is plaintiff entitled to recover from defendant Spivey for unlawful arrest?

    A. $ 350,000

    Write out amount in words: three hundred fifty thousand

*(Proceed to question 16 below only if the answer to question 4 is "yes." If the answer to question 4 is "no," proceed to question 17.)*

16. What amount of actual or nominal damages, if any, is plaintiff entitled to recover from defendant Spivey for his use of excessive force?

    A. $ 1,000,000

    Write out amount in words: one million

*(Proceed to question 17 below only if the answer to question 8 is "yes." If the answer to question 8 is "no," proceed to question 18.)*

17. What amount of actual or nominal damages, if any, is plaintiff entitled to recover from defendant Miller for his unjustified use of deadly force?

    A.  $ 3,000,000

    Write out amount in words: three million

*(Proceed to question 18 below only if the answer is "yes" to questions 11, 12, and/or 13. If the answer to each of those questions is "no," continue to question 19.)*

18. What amount of actual or nominal damages, if any, is plaintiff entitled to recover for criminal prosecution without probable cause?

    A.  $ 2,000,000

    Write out amount in words: two million

*(Proceed to question 19 below only if the answer to questions 3, 4, and/or 11 is "yes." If the answers to questions 3, 4, and 11 are "no," proceed to question 20.)*

19. What amount of punitive damages, if any, is plaintiff entitled to recover from defendant Spivey?

    A.  $ 750,000

    Write out amount in words: seven hundred fifty thousand

*(Proceed to question 20 below only if the answer to questions 8 and/or 12 is "yes." If the answers to questions 8 and 12 are "no," continue to question 21.)*

20. What amount of punitive damages, if any, is plaintiff entitled to recover from defendant Miller?

    A. $ 1,000,000

    Write out amount in words: one million

*(Proceed to question 21 below only if the answer to questions 1, 6, 7 and/or 13 is "yes." If the answers to questions 1, 6, 7, and 13 are "no," you will end your deliberations.)*

21. What amount of punitive damages, if any, is plaintiff entitled to recover from defendant Legan?

    A. $ 100,000

    Write out amount in words: one hundred thousand

Dated this the 25 day of September, 2019.

