UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil No. 5:16-CV-00365-FL

MICHAEL J. MORGAN,

    Plaintiff,

v.

RICKY J. SPIVEY, et. al,

    Defendants.

**JOINT NOTICE OF CASE SETTLEMENT**

NOW COME Plaintiff and Defendants, by and through their respective undersigned counsel, and hereby advise the Court that the parties have reached a settlement of all claims in this matter and that counsel are working diligently at this time to memorialize the same in the form of a written settlement and release agreement. Accordingly, the parties jointly request that all pending deadlines in this matter be stayed and this matter be removed from the active docket. The parties anticipate filing a Stipulation of Dismissal with Prejudice no later than within forty-five days of this filing.

Respectfully submitted by consent, this the 25th day of October, 2019.

**ZAYTOUN BALLEW & TAYLOR, PLLC**

/s/ Matthew D. Ballew
Matthew D. Ballew
N.C. State Bar No.: 39515
mballew@zaytounlaw.com
3130 Fairhill Drive, Suite 100
Raleigh, NC  27612
Telephone: (919) 832-6690
Facsimile: (919) 831-4793
*Attorneys for Plaintiff*

**POYNER SPRUILL LLP**

/s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No. 13484
jnellis@poynerspruill.com
P.O. Box 1801
Raleigh, NC  27602-1801
Telephone: 919.783.2907
Facsimile:  919.783.1075
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this day I electronically filed the foregoing **JOINT NOTICE OF CASE SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participants:

J. Nicholas Ellis
Poyner & Spruill LLP
P.O. Box 1801
Raleigh, NC 27602
*Counsel for Defendants*

J. Matthew Little
Teague Campbell Dennis & Gorham, LLP
P.O. Box 19207
Raleigh, NC 27619
*Counsel for Defendants*

This the 25th day of October, 2019.

                         **ZAYTOUN BALLEW & TAYLOR, PLLC**

                         /s/ Matthew D. Ballew
                         Matthew D. Ballew
                         *Attorneys for Plaintiff*