IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:16-cv-00365-FL

| | |
|---|---|
| MICHAEL J. MORGAN,<br><br>      Plaintiff,<br><br>v.<br><br>RICKY J. SPIVEY, in his individual and official capacities as a Wake County Sheriff's Deputy, CASEY L. MILLER, in his individual and official capacities as a Wake County Sheriff's Deputy, JOSHUA K. LEGAN, in his individual and official capacities as a Wake County Sheriff's Deputy, THE OHIO CASUALTY INSURANCE COMPANY, individually and as a subsequent subsidiary of LIBERTY MUTUAL INSURANCE COMPANY, as SURETY,<br><br>      Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiff's claims in the above-captioned action are voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

  This the 25th day of November, 2019.

  WE CONSENT:

| | |
|---|---|
| **ZAYTOUN LAW FIRM, PLLC** | **Poyner Spruill, LLP** |
| | |
| By:/s/ Matthew D. Ballew<br>Matthew D. Ballew<br>N.C. Bar No. 39515<br>3130 Fairhill Drive, Suite 100<br>Raleigh, NC 27612<br>(919) 832-6690<br>(919) 831-4793 (fax)<br>mballew@zaytounlaw.com<br>*Attorneys for Plaintiff* | By: /s/ J. Nicholas Ellis<br>J. Nicholas Ellis<br>N.C. Bar No. 13484<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I electronically flied the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participants:

J. Matthew Little
Teague Campbell Dennis & Gorham, LLP
P.O. Box 19207
Raleigh, NC 27619

J. Nicholas Ellis, Esq.
Poyner Spruill, LLP
P.O. Box 1801
Raleigh, NC 27602-1801

*Attorneys for Defendants*

This the 25th day of November, 2019

**ZAYTOUN LAW FIRM, PLLC**

By: /s/ Matthew D. Ballew
Matthew D. Ballew
N.C. State Bar No. 39515
Zaytoun Law Firm, PLLC
3130 Fairhill Drive, Suite 100
Raleigh, NC 27612